IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CINCINATTI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois company, THE CONTINENTAL INSURANCE COMPANY, an Illinois company, and MIDWEST FAMILY MUTUAL INSURANCE COMPANY, an Iowa company,<br><br>    Defendants. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>2:21-cv-00481-RJS-JCB<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Jared C. Bennett |

The court is in receipt of the parties' Stipulated Motion for Order to Dismiss the above-captioned case, including the complaint, and all crossclaims and counterclaims, with prejudice.[1] Having considered the Motion, and for good cause appearing, the court hereby orders this case DISMISSED with prejudice. Each party is to bear their own costs and attorney fees, per the parties' stipulation. The Clerk of Court is directed to close this case.

    SO ORDERED this 11th day of March, 2022.

                                                BY THE COURT:

                                                ROBERT J. SHELBY
                                                United States Chief District Judge

---

[1] Dkt. 37.